**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000555**
**09-NOV-2011**
**07:53 AM**

NO. CAAP-11-0000555

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

AARON CANEDA and PRINCESS MONTEREY,
Plaintiffs-Appellees
v.
JANENE CARACAUS, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3RC-10-1141)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 11(c)(2)
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) on July 20, 2011, Defendant-Appellant Janene Caracaus (Appellant) filed a notice of appeal; (2) Appellant did not pay the filing fee; (3) on October 10, 2011, the appellate clerk provided notice to Appellant that: (a) the filing fee was not paid, and the record could not be prepared and filed without payment of the filing fee; (b) pursuant to Hawai'i Rules of

Appellate Procedure (HRAP) Rule 11(c)(2), the matter would be called to the attention of the court on October 20, 2011 for such action as the appellate court deems proper, which may include dismissal of the appeal; and (4) Appellant did not respond to the notice or seek further relief. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 11(c)(2).

DATED: Honolulu, Hawai'i, November 9, 2011.

Chief Judge

Associate Judge

Associate Judge

-2-